UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 7:15-CR-95-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | ORDER TO UNSEAL |
| | ) | |
| v. | ) | |
| | ) | |
| AGUSTIN MORAN RODRIGUEZ | ) | |
| BRIAN CHRISTOPHER FREEMAN | ) | |

Upon motion of the United States, it is hereby ORDERED that the above-captioned matter be unsealed.

This the 27th day of June, 2016.

_____
MALCOLM J. HOWARD
SENIOR UNITES STATES DISTRICT JUDGE

1